IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLONY NATIONAL INSURANCE COMPANY and AMERICAN HOME ASSURANCE COMPANY, | : : : : : |
| Plaintiffs, | : : |
| v. | : 3:13-CV-00401 : (JUDGE MARIANI) |
| DeANGELO BROTHERS, INC. and UNION PACIFIC RAILROAD CO., | : : : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 21ST DAY OF MARCH, 2014**, upon consideration of Defendant DeAngelo Brothers, Inc.'s Motion to Dismiss or to Drop a Party (Doc. 7), **IT IS HEREBY ORDERED THAT** such Motion is **DENIED**, for the reasons stated in the Court's accompanying Memorandum Opinion.

Robert D. Mariani
United States District Judge