IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLONY NATIONAL INSURANCE CO. and AMERICAN HOME ASSURANCE CO., | : : : : : |
| Plaintiffs, | : : |
| v. | : 3:13-CV-00401 : (JUDGE MARIANI) |
| DeANGELO BROTHERS, INC. and UNION PACIFIC RAILROAD CO., | : : : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 27TH DAY OF JANUARY, 2015**, upon consideration of Defendant Union Pacific Railroad's Renewed Motion to Dismiss for Lack of Personal Jurisdiction, **IT IS HEREBY ORDERED THAT**:

1. Such Motion (Doc. 69) is **GRANTED**.

2. Union Pacific is **DISMISSED** as a Defendant in this action for lack of personal jurisdiction.

3. The Court will **DECLINE JURISDICTION** to hear the remaining claims against Defendant DeAngelo Brothers under the Declaratory Judgment Act.

4. The Clerk of Court is **DIRECTED** to close the Middle District of Pennsylvania case.

Robert D. Mariani
United States District Judge